```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*
------------------------------------------------------------------------x

No. 14-MD-2543 (JMF)

Hon. Jesse M. Furman

# ECONOMIC LOSS PLAINTIFFS' OPPOSITION TO GENERAL MOTORS LLC'S MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFF RENATE GLYTTOV FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY MDL ORDER NO. 45

On October 30, 2015, Defendant General Motors LLC ("New GM") moved to dismiss, without prejudice, the claims of economic loss Plaintiff Renate Glyttov, under Order No. 45 (Doc. No. 758), for failure to submit a substantially complete Plaintiff Fact Sheet ("PFS") in accordance with the requirements set forth in Order No. 25, ¶ 16. (Order No. 45 at 1 (quoting Order No. 30, Section III (Doc. No. 478)).) Plaintiffs certify that Ms. Glyttov has met the PFS requirements and therefore oppose her dismissal. *See* Order No. 25, ¶¶ 16, 24.

Until recently Ms. Glyttov was unresponsive to her counsel. However, she has now completed and returned her PFS, responsive documents, and signed declaration. These items were uploaded to the Everlaw database by November 13, 2015, in accordance with Order No. 25, ¶¶ 16, 29. Plaintiffs certify that Ms. Glyttov has substantially completed her PFS, and the Court should deny New GM's motion to dismiss Plaintiff Renate Glyttov.

New GM has not contested Lead Counsel's certification that Ms. Glyttov has met the requirements of Order No. 25.  Accordingly, its motion to dismiss Ms. Glyttov is DENIED.  The Clerk of Court is directed to terminate Docket No. 1577.

SO ORDERED.

[signature]

December 9, 2015

- 1 -

DATED:  November 13, 2015	HAGENS BERMAN SOBOL SHAPIRO LLP

By:       /s/ Steve W. Berman
    Steve W. Berman
*steve@hbsslaw.com*
Sean R. Matt
*sean@hbsslaw.com*
Andrew M. Volk
*andrew@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

DATED:  November 13, 2015	LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:       /s/ Elizabeth J. Cabraser
    Elizabeth J. Cabraser
*ecabraser@lchb.com*
Steven E. Fineman
*sfineman@lchb.com*
Rachel Geman
*rgeman@lchb.com*
Annika K. Martin
*akmartin@lchb.com*
275 Battery St., 29th Floor
San Francisco, CA 94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Co-Lead Counsel with Primary Focus on Economic Loss Cases*

- 3 -

DATED:  November 13, 2015        HILLIARD MUÑOZ GONZALES L.L.P.

By:      */s/ Robert Hilliard*
     Robert Hilliard
*bobh@hmglawfirm.com*
719 S Shoreline Blvd, Suite #500
Corpus Christi, TX 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

*Co-Lead Counsel with Primary Focus on Personal Injury Cases*

- 3 -